```
                                    FILED
                         CLERK, U.S.D.C. SOUTHERN DIVISION

                              OCT 20 2011

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WELDON,<br><br>          Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON,<br>WARDEN,<br><br>          Respondent. | Case No. CV 11-5808-GHK (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 10/17/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE