JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WELDON,<br><br>        Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON, WARDEN,<br><br>        Respondent. | Case No. CV 11-5808-GHK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/17/11

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE